UNITED STATES DISTRICT COURT
EASTERN DISTRICT of NEW YORK
-------------------------------------------------------------x

United States of America,

                Plaintiff,

  -against-

David Meltzer,

                Defendant(s).

-------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 14 2006 ★
BROOKLYN OFFICE

80-0130-M

NOTICE OF MOTION

MISC 06 367

AMON, J.

     PLEASE TAKE NOTICE that upon the annexed affidavit of David Meltzer sworn to on the 13th day of July, 2006 and upon all of the proceedings heretofore had herein, the PRO SE defendant David Meltzer will move this Court, before the ~~Hon. Nina Gershon, U.S.D.J.~~ D.M., at the United States Courthouse, Brooklyn, New York 11201, on the 31st day of July, 2006 at 9:30 in the A.M. or as soon thereafter as PRO SE defendant and counsel can be heard, for an Order pursuant to the Federal Rules of Civil procedure granting the PRO SE defendant's motion to seal and expunge the record file in U.S.A. v. David Meltzer, (80-0130-M).

Dated: Staten Island, New York
       July 13th, 2006

                                                          _/s/ David Meltzer_
                                                         DAVID MELTZER
                                                         PRO SE defendant- movant
                                                          111 Sharrotts Road
                                                         Staten Island, New York 10309
                                                         718-227-2397

to:  United States Attorney
      Eastern District of New York
      147 Pierrepont Street
      Brooklyn, New York 11201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of NEW YORK
-------------------------------------------------------------------x

United States of America,

                Plaintiff,                    80-0130-M

     -against-                             <u>Affidavit in Support</u>

David Meltzer,

                Defendant(s).

-------------------------------------------------------------------x

State of New York
County of Richmond   ss.:

       David Meltzer being duly sworn does depose ans say:

       That he is the defendant named in docket 80-0130-M.

       That he is moving the Court, <u>PRO SE</u>, to seal and expunge his record file of Docket # 80-0130-M.

       That on January 28, 1980 I, David Meltzer, was arrested by Federal Law enforcement Officers on a complaint dated January 24, 1980.

       That the government never further prosecuted this docket and the complaint was dismissed by Magistrate Caden on February 27, 1980 ; said dismissal was filed and entered in the Clerk's Office of the Eastern District of New York on February

1

28, 1980.

I attach a true copy of the Clerk's Calendar reflecting the said dismissal.

I have otherwise no criminal record and this record is impairing my ability to gain employment in my field of endeavor.

I understand that this Court can Order my File record sealed and expunged and I am requesting the Court to enter such an order sealing and expunging my record under Docket # 80-0130-M.

WHEREFORE, I respectfully request that the Court grant the within motion, as well as such other and further relief that may be just and proper.

_____
David Meltzer

Sworn to me before this
13th day of July 2006

_____
Notary Public

PAUL A. LEMOLE
Notary Public, State of New York
No. 02LE6143408
Qualified in Richmond County
Commission Expires April 17, 2010

2

Form No. USA-52-64
(Ed. 1-11-61)

# CRIMINAL CALENDAR

U.S.

JUDGE U.S. MAGISTRATE    *Magistrate*

DATE FEBRUARY 27, 1980

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 1980 ★**

| No. | Defendant | | Assistant in Charge |
|---|---|---|---|
| CRIMINAL CAUSE | | | |
| F# 801111 | MELTZER, David | TIME A.M. ___ P.M. ___ | L. URGENSON |

( A/W ISSUED MAG. CHREIN 1/24/80)

( ARRD. MAG. CADEN 1/28/80)

80-0130-M       RETURNED

DISMISSAL OF COMPLAINT

*So ordered*
*[signature]*
USM, EDNY

| A TRUE COPY |
|---|
| DATED April 25, 1984 |
| ROBERT C. HEINEMANN |
| CLERK |
| BY [signature] |
| DEPUTY CLERK |

## AFFIDAVIT OF SERVICE

David Meltzer being duly sworn does depose and say:
that he did serve a copy of the attached Notice of Motion and supporting affidavit and exhibit upon

United States Attorney
Eastern District of New York
147 Pierrepont Street
Brooklyn, New York 11201

by mailing the same, on July 14, 2006, in a sealed envelope, to the above at said address, with postage pre-paid thereon, and placing the same in an official Depository of the U. S. Post Office at Victory Boulevard and Little Clove Road, Staten Island, N.Y.

_____
David Meltzer

Sworn to Before me
on this 14th day of July 2006

_____
Notary Public

PAUL A. LEMOLE
Notary Public, State of New York
No. 02LE6143408
Qualified in Richmond County
Commission Expires April 17, 2010

Case 1:06-mc-00367-CBA  Document 1  Filed 07/14/06  Page 6 of 6 PageID #: 6